**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MISSOURI**

**EASTERN DIVISION**

Enrico Taylor

421 Savannah Circle

O Fallon, MO 63368

718-635-0146

idiscoverstars@gmail.com

ENRICO TAYLOR,

Plaintiff, )

)

v. ) Case No. __________

)

MrBeast YouTube LLC, and )

JAMES STEPHEN DONALDSON, )

individually, )

Defendants. )

**BACKGROUND**

Enrico Taylor, the Plaintiff, is the manager of deceased rapper Lucas Coly who passed away tragically as the age of 27 years old as the Plaintiff pleaded with Lucas over the phone not to take his life. The Plaintiff took and owned most of Lucas's music and images including the copyrighted one below in exhibits. Nasim Nabi, the Plaintiff's other client was authorized to help continue Lucas legacy and recreated much of the copyrighted images he was authorized to do. MrBeast a wealthy YouTuber has been capitalizing off of recreating the iconic images and even made a music video with rapper Lil Baby which the Plaintiff states is not authorized to exploit his works yet continues to do so.

Lucas Coly died in poverty, the result of social media algorithms and, depression and tired of feeling like the world had no concern for anyone not willing to sell their souls or indulge in controversy, a true man of God whom the Plaintiff misses very much. The Plaintiff reached out to the Defendant after first being made aware by Nasim Nabi that he seen MrBeast recreate Lucas iconic images works owned by the Plaintiff. The Plaintiff reached out after to MrBeast team expecting to run into the loving charitable personality he displays online , but quickly began to recognize his actions as blaxportation of his deceased client when denied the request to tag Lucas or use one of his songs in a post or create a foundation for at risk creators.

Instead was told by his lawyers in short, no. So the Plaintiff is taking action to stop the exploitation of his deceased client and wants any proceeds that MrBeast made off of recreating his works to be turned over so the Plaintiff can create a foundation in Lucas honor to prevent tragedies like this from happening again. Plaintiff is hoping MrBeast has a change of heart, but here we are fighting for Justice for Lucas Coly. Him and Nasim Nabi.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, DAMAGES,**

AND INJUNCTIVE RELIEF; DEMAND FOR JURY TRIAL

Plaintiff Enrico Taylor, appearing pro se, alleges as follows:

## I. NATURE OF THE ACTION

1. This is an action for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. §§ 101 et seq.

2. Plaintiff is the author and owner of the copyright asserted in this action in an original photographic work titled "Lucas Coly Holding Stack of Money."

3. Plaintiff's work is registered with the United States Copyright Office as Registration No. VA0002464788, with an effective registration date of June 12, 2025.

4. Plaintiff's original photograph contains original expressive elements, including the selection, coordination, arrangement, composition, pose, styling, placement of props, camera perspective, framing, and overall visual presentation.

5. Defendants allegedly created, reproduced, publicly displayed, promoted, and/or commercially exploited an accused image that Plaintiff alleges recreates substantial protectable expressive elements of Plaintiff's original photograph without Plaintiff's authorization.

6. Plaintiff seeks actual damages and Defendants' profits attributable to the alleged infringement, presently demanded in the amount of $100,000, or such other amount as proven at trial, together with injunctive and other appropriate relief.

## II. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and 17 U.S.C. § 501.

8. Plaintiff seeks relief under, among other provisions, 17 U.S.C. §§ 106, 501, 502, and 504.

9. Plaintiff alleges that venue and personal jurisdiction are proper in this District to the extent supported by the facts and applicable law. Plaintiff reserves the right to amend these allegations after further investigation and discovery.

## III. PARTIES

10. Plaintiff Enrico Taylor is an individual residing in or near O'Fallon, Missouri.

11. Plaintiff is the author and copyright owner of the photographic work asserted in this action.

12. Defendant MrBeast YouTube LLC is alleged to have participated in and/or benefited from the publication, promotion, and commercial exploitation of the accused material.

13. Defendant James Stephen Donaldson is alleged to have personally participated in, directed, authorized, induced, or materially contributed to the creation, publication, promotion, and/or exploitation of the accused material.

**IV. THE COPYRIGHTED WORK**

14. Plaintiff created an original photograph titled "Lucas Coly Holding Stack of Money."

15. The work is visual material created in 2021.

16. Plaintiff's copyright registration information is attached as Exhibit E.

17. Plaintiff's original photograph is attached as Exhibit A.

18. Plaintiff alleges that the protectable expression in the photograph includes the original selection, coordination, and arrangement of visual elements, including the subject's pose, head angle, placement of the stack of currency, wardrobe styling, red garment, black shirt, jewelry, framing, perspective, and overall composition.

**V. AUTHORIZED RECREATION BY NASIM NABI**

19. Plaintiff alleges that he has authorized Nasim Nabi, Plaintiff's other client and Lucas Coly's mentee, to recreate or otherwise use the copyrighted visual concept and/or photograph to the extent of Plaintiff's authorization.

20. Plaintiff alleges that no authorization was granted to Defendants to reproduce Plaintiff's copyrighted photograph or to create a derivative or substantially similar recreation of Plaintiff's protectable photographic expression.

21. Plaintiff does not allege that Lucas Coly's mentee relationship, standing alone, creates copyright ownership or exclusive rights. Rather, Plaintiff's allegation concerning Nasim Nabi is based on Plaintiff's own claimed authorization as copyright owner.

22. To the extent Plaintiff contends that Nasim Nabi is the only person authorized to recreate the work, Plaintiff intends that allegation to mean that Plaintiff granted authorization to Nasim Nabi and did not grant such authorization to Defendants. Plaintiff does not seek to alter the legal requirements governing exclusive licenses or transfers under the Copyright Act.

**VI. ACCESS, NOTICE, AND THE ACCUSED MATERIAL**

23. Plaintiff alleges that Defendants had access to Plaintiff's original photograph before creation and publication of the accused material.

24. Plaintiff alleges that Defendants and/or their representatives received notice of Plaintiff's copyright allegations.

25. Relevant correspondence concerning the dispute is identified as Exhibit D.

26. Plaintiff alleges that the accused image recreates substantial protectable expressive elements of Plaintiff's original photograph.

27. The accused recreation is attached as Exhibit B.

28. A side-by-side comparison of Plaintiff's original photograph and the accused recreation is attached as Exhibit C.

29. Plaintiff alleges that the similarities include, among other things, a stack of currency positioned against the side of the subject's head, a similar head angle and pose, a black shirt, a red garment positioned over the shoulder, jewelry, close-up framing, and the overall selection, coordination, and arrangement of these elements.

30. Plaintiff does not claim ownership of the abstract idea of a person holding money near his head. Plaintiff instead alleges infringement of the original expression embodied in the particular selection, coordination, arrangement, composition, styling, pose, and visual presentation of Plaintiff's copyrighted photograph.

## VII. PRIOR COPYRIGHT CLAIMS BOARD PROCEEDING

31. Plaintiff previously initiated Copyright Claims Board Docket No. 25-CCB-0228 concerning substantially related allegations.

32. On July 25, 2025, the Copyright Claims Board dismissed the proceeding without prejudice after no amended claim was filed within the time allowed.

33. The order is attached as Exhibit F.

34. Plaintiff alleges that the CCB proceeding did not result in a final determination on the merits of Plaintiff's infringement allegations.

## VIII. COUNT I — COPYRIGHT INFRINGEMENT

17 U.S.C. §§ 106 AND 501

35. Plaintiff incorporates by reference Paragraphs 1 through 34.

36. Plaintiff owns a valid copyright interest in the registered photographic work.

37. Plaintiff alleges that Defendants copied protectable elements of Plaintiff's copyrighted work without authorization.

38. Plaintiff alleges that Defendants reproduced, publicly displayed, and/or created an unauthorized derivative or substantially similar recreation based upon protectable expression in Plaintiff's work.

39. Plaintiff alleges that Defendants promoted and/or commercially exploited the accused material without Plaintiff's authorization.

40. Plaintiff alleges that Defendants' acts infringed Plaintiff's exclusive rights under 17 U.S.C. § 106.

41. Plaintiff has suffered damages as a result of the alleged infringement.

42. Defendants may have received revenues, profits, commercial benefits, publicity, sponsorship value, and other gains attributable to the alleged infringement.

43. Plaintiff seeks recovery of actual damages and any profits attributable to the infringement as permitted by 17 U.S.C. § 504(b).

**IX. INJUNCTIVE RELIEF**

44. Plaintiff incorporates by reference Paragraphs 1 through 43.

45. Plaintiff alleges that unauthorized use of the copyrighted work has caused and may continue to cause harm that cannot be fully remedied by monetary damages alone.

46. Unless restrained, Defendants may continue reproducing, displaying, promoting, licensing, distributing, or otherwise exploiting the accused material.

47. Plaintiff seeks temporary, preliminary where appropriate, and permanent injunctive relief under 17 U.S.C. § 502.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and grant the following relief:

A. Declare that Defendants infringed Plaintiff's copyright;

B. Award Plaintiff actual damages and Defendants' attributable profits in an amount to be proven, presently demanded in the amount of $100,000;

C. Order an accounting of revenues and profits attributable to the alleged infringement;

D. Enter temporary, preliminary where appropriate, and permanent injunctive relief prohibiting Defendants and persons acting in concert with them from reproducing, publicly displaying, distributing, licensing, advertising, promoting, or otherwise exploiting Plaintiff's copyrighted photograph or infringing recreations without authorization;

E. Order Defendants, to the extent permitted by law and within their control, to cease further use of the accused material and remove or disable infringing uses under their control;

F. Award costs and such other relief as the Court deems just and proper;

G. Award any additional relief authorized by law.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Signature: ______________________

Printed Name: ENRICO TAYLOR

Plaintiff, Pro Se

Address: 421 Savannah Circle

O'Fallon, Missouri _______________

Telephone: 718-635-0146

Email: idiscoverstars@gmail.com

Date: 09/09/2026

# EXHIBIT PACKET

## Enrico Taylor v. MrBeastYouTube, LLC

United States District Court - Eastern District of Missouri - Eastern Division

| Exhibit | Description |
|---|---|
| A | Stand-alone copyrighted work |
| B | Accused sponsored / paid-partnership social-media use |
| C | Copyright Claims Board claim, Docket 25-CCB-0228 |

# EXHIBIT A

Stand-alone copy of copyrighted work: "Lucas Coly Holding Stack of Money."



# EXHIBIT B

Screenshot of accused MrBeast social-media use displaying the platform designation "Paid partnership" and promotional copy.



# EXHIBIT C

Copyright Claims Board claim: Enrico Taylor v. MrBeastYouTube, LLC, Docket No. 25-CCB-0228, filed June 12, 2025.

COPYRIGHT
CLAIMS BOARD

**Docket number:** 25-CCB-0228
**Filed date:** 06/12/2025 08:41 AM EDT

# United States Copyright Claims Board

| Enrico Taylor | | MrBeastYouTube, LLC |
|---|---|---|
| CLAIMANT | *V.* | RESPONDENT |

## CLAIM

**Docket**

25-CCB-0228

**Type**

A claim for infringement

**Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?**

No

**Claimant**

**Name**

Enrico Taylor

**City**

O Fallon, MO

Authorized representative information

**Name**

Enrico Taylor

**City**

O Fallon, MO

---

**Respondent**

**Organization**

MrBeastYouTube, LLC

---

**Infringement claim: Works infringed**

**Title of work**

Lucas Coly Holding Stack of Money

**Author(s)**

Enrico Taylor

**Has the work been registered by the Copyright Office?**

No

**Service request number**

1-14939828931

**Type of work**

Pictorial Graphic and Sculptural (such as two-dimensional and three-dimensional works of art, graphic art, and photographs)

**Describe the work**

Photograph of Lucas Coly with black t-shirt , red hoodie over left shoulder, chain around neck , jewelry band around left wrist holding stack of money to left ear with head tilted slightly right

---

**Infringement claim: Wrongful activities**

**Wrongful activities**

Create a derivative work
Publicly display the work
Reproduce the work

---

**Is the infringement ongoing?**

Yes

---

**Infringement dates**

05-18-2025 - Present

---

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**

Online on TikTok also Instagram

---

**Describe the infringement**

James S. Donaldson known as "MrBeast" recreated to the t a photograph that I took of my late artist Lucas Coly and by admission of his own lawyer, was a fan of Lucas and claims fair use. The issue is no permission was granted by me for this derivative work and reproduction, and he has monetized it including it in adverts on his TikTok. One company Radix, is one of the paying known sponsor. His recreation of my work falls out of the scope of fair use. James also publicly called for another business he has ties with to "Recreate" his derivative work of mine . That company is popular gaming company Fortnite. My client musician, Nasim Nabi has also pleaded publicly for MrBeast to credit Lucas Coly, but calls to do so where ignored. MrBeast is profiting off of a deceased minority rappers likeness as a white male without permission from the owner of the work.

---

**Are any of the respondents online service providers?**

No

---

**Describe the harm suffered as a result of the alleged activity and the relief you are seeking.**

I have suffered greatly as my artist Lucas Coly's entire likeness from my photograph will forever be recognized as the more famous James "MrBeast" Donaldson. Fans have already accused my deceased client as copying MrBeast. There are lost profits and this is flagrant infringement as I have made MrBeast and representatives aware of the copyright infringement before they proceeded to take on potential 6-7 figure deals. My mental health has also declined greatly as my artist committed suicide last year after I tried to talk him out of it, now I have to see his image being erased before my eyes as MrBeast is a world famous creator and my client was lessor known. I am seeking for maximum damages and an order to either get my permission and agreement or take down and cease and desists any uses of my work or derivatives of my work.

---

**Documentation**

- A side by side image of MrBeast copying Enrico's work
- A stand alone image of Enrico's work
- MrBeast use of Enrico's derivative work in a sponsored TikTok
- MrBeast unauthorized derivative use of Enrico's work on Instagram

MrBeast unauthorized derivative use of Enrico's work on Instagram
- Letter from MrBeast Attorney to Enrico Confirming MrBeast Knew and recreated it
- Email from Matthew Hiltzik to Enrico
- Part 1 of Enrico's first Email reply to Matthew Hiltzik
- Part 2 of Enrico's first email reply to Matthew Hiltzik
- Enrico's Follow up email after silence from Matthew Hiltzik
- Screenshot of date Dexerto News tweeted to MrBeast 05/22/2025
- Screenshot of date MrBeast responded to Dexerto claiming to borrow from mother
- Screenshot of Enrico asking for registered agent after global headlines coincided with his outreach
- A screenshot of Enrico's explanation of feelings and desire for resolution pt 1
- Pt1 of Enrico showing Lucas last texts messages
- Enrico showing Lucas final words in texts
- Enrico asking for registered agent information and sharing article about Nasim Nabi's plea for MrBeast to show honor to Lucas
- A screenshot of attorney John Butts writing Enrico
- Part 1 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Part 2 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Part 3 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Enrico pointing out MrBeasts sponsored ad using a derivative of his photograph
- Enrico's response to John Butt
- John Butts response to Enrico
- Enrico Explaining how fair use Doctrine does not apply in MrBeast's usage of his work
- Enrico's final call for response
- John Butt's confirming MrBeast will not honor Lucas as it's claimed that he already "brought value" by recreating the work
- Enrico's client Nasim Nabi requesting MrBeast honor Lucas Legacy
- Enrico is not the first minority to encounter infringement by MrBeast for profit
- Another case of MrBeast using black culture for profit infringing for profit
- Enrico's email to Bhavin/Radix and Epic Games explaining ownership of original work whom MrBeast now is profiting off of

COPYRIGHT CLAIMS BOARD

**Docket number:** 25-CCB-0228
**Filed date:** 06/12/2025 08:41 AM EDT

# United States Copyright Claims Board

| Enrico Taylor | | MrBeastYouTube, LLC |
|---|---|---|
| CLAIMANT | *V.* | RESPONDENT |

## CLAIM

**Docket**

25-CCB-0228

**Type**

A claim for infringement

**Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?**

No

**Claimant**

**Name**

Enrico Taylor

**City**

O Fallon, MO

Authorized representative information

**Name**

Enrico Taylor

**City**

O Fallon, MO

---

**Respondent**

**Organization**

MrBeastYouTube, LLC

---

**Infringement claim: Works infringed**

**Title of work**

Lucas Coly Holding Stack of Money

**Author(s)**

Enrico Taylor

**Has the work been registered by the Copyright Office?**

No

**Service request number**

1-14939828931

**Type of work**

Pictorial Graphic and Sculptural (such as two-dimensional and three-dimensional works of art, graphic art, and photographs)

**Describe the work**

Photograph of Lucas Coly with black t-shirt , red hoodie over left shoulder, chain around neck , jewelry band around left wrist holding stack of money to left ear with head tilted slightly right

---

**Infringement claim: Wrongful activities**

**Wrongful activities**

Create a derivative work
Publicly display the work
Reproduce the work

---

**Is the infringement ongoing?**

Yes

---

**Infringement dates**

05-18-2025 - Present

---

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**

Online on TikTok also Instagram

---

**Describe the infringement**

James S. Donaldson known as “MrBeast” recreated to the t a photograph that I took of my late artist Lucas Coly and by admission of his own lawyer, was a fan of Lucas and claims fair use. The issue is no permission was granted by me for this derivative work and reproduction, and he has monetized it including it in adverts on his TikTok. One company Radix, is one of the paying known sponsor. His recreation of my work falls out of the scope of fair use. James also publicly called for another business he has ties with to “Recreate” his derivative work of mine . That company is popular gaming company Fortnite. My client musician, Nasim Nabi has also pleaded publicly for MrBeast to credit Lucas Coly, but calls to do so where ignored. MrBeast is profiting off of a deceased minority rappers likeness as a white male without permission from the owner of the work.

**Are any of the respondents online service providers?**

No

**Describe the harm suffered as a result of the alleged activity and the relief you are seeking.**

I have suffered greatly as my artist Lucas Coly’s entire likeness from my photograph will forever be recognized as the more famous James “MrBeast” Donaldson. Fans have already accused my deceased client as copying MrBeast. There are lost profits and this is flagrant infringement as I have made MrBeast and representatives aware of the copyright infringement before they proceeded to take on potential 6-7 figure deals. My mental health has also declined greatly as my artist committed suicide last year after I tried to talk him out of it, now I have to see his image being erased before my eyes as MrBeast is a world famous creator and my client was lessor known. I am seeking for maximum damages and an order to either get my permission and agreement or take down and cease and desists any uses of my work or derivatives of my work.

**Documentation**

- A side by side image of MrBeast copying Enrico’s work
- A stand alone image of Enrico’s work
- MrBeast use of Enrico’s derivative work in a sponsored TikTok
- MrBeast unauthorized derivative use of Enrico’s work on Instagram

MrBeast unauthorized derivative use of Enrico's work on Instagram
- Letter from MrBeast Attorney to Enrico Confirming MrBeast Knew and recreated it
- Email from Matthew Hiltzik to Enrico
- Part 1 of Enrico's first Email reply to Matthew Hiltzik
- Part 2 of Enrico's first email reply to Matthew Hiltzik
- Enrico's Follow up email after silence from Matthew Hiltzik
- Screenshot of date Dexerto News tweeted to MrBeast 05/22/2025
- Screenshot of date MrBeast responded to Dexerto claiming to borrow from mother
- Screenshot of Enrico asking for registered agent after global headlines coincided with his outreach
- A screenshot of Enrico's explanation of feelings and desire for resolution pt 1
- Pt1 of Enrico showing Lucas last texts messages
- Enrico showing Lucas final words in texts
- Enrico asking for registered agent information and sharing article about Nasim Nabi's plea for MrBeast to show honor to Lucas
- A screenshot of attorney John Butts writing Enrico
- Part 1 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Part 2 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Part 3 of Enrico's Reply to John showing Matthew Hiltzik's PR strategies
- Enrico pointing out MrBeasts sponsored ad using a derivative of his photograph
- Enrico's response to John Butt
- John Butts response to Enrico
- Enrico Explaining how fair use Doctrine does not apply in MrBeast's usage of his work
- Enrico's final call for response
- John Butt's confirming MrBeast will not honor Lucas as it's claimed that he already "brought value" by recreating the work
- Enrico's client Nasim Nabi requesting MrBeast honor Lucas Legacy
- Enrico is not the first minority to encounter infringement by MrBeast for profit
- Another case of MrBeast using black culture for profit infringing for profit
- Enrico's email to Bhavin/Radix and Epic Games explaining ownership of original work whom MrBeast now is profiting off of

WILMERHALE

John J. Butts

+1 617 526 6515 (t)
+1 617 526 5000 (f)
john.butts@wilmerhale.com

By Email

June 11, 2025

Mr. Enrico Taylor
enrico@idiscoverstars.tv

Re: MrBeast

Dear Mr. Taylor:

As you know, I represent MrBeast YouTube LLC, including its affiliates and James S. Donaldson (together "MrBeast" or the "Company"). Over the last several weeks, you have sent the Company a torrent of harassing emails, a number of which you sent to the Company's employees at their personal addresses, with unjustified demands that MrBeast finance your promotion of the music catalogue of your late client, Lucas Coly, including that MrBeast "fund" a music video in which you insist Mr. Donaldson star. And earlier today, you began harassing the Company's sponsors. This must stop immediately,

To start, let me state that Mr. Donaldson is a fan of Mr. Coly and was saddened to learn of his suicide last fall. He and the Company also sympathize with your grief and wish you the best in recovering from Mr. Coly's loss.

Those sentiments should not, however, be mistaken as a willingness to tolerate your recent conduct. Your financial demands and threats to file a lawsuit are inappropriate and ill-founded. They seem to stem from the misguided belief that you have a legal claim because Mr. Coly's image was included in a light-hearted TikTok video in which Mr. Donaldson responded to fans who created a viral "Hood MrBeast" meme by imposing his face on images of Mr. Coly and other hip-hop artists. Putting aside the fact that you have not provided any evidence that you own the rights to an image used in the Company's video, MrBeast was fully within its rights to use every image in the video, including under the fair use doctrine. In addition, MrBeast's use of those images has not impaired their value. If anything, it has honored Mr. Coly and given more attention to his music, which you claim is your goal.

We hope you will reflect on this further and change course. If you continue to harass the Company's employees and try to interfere with its relationships with sponsors, you should expect that MrBeast will take appropriate action, which could include legal claims against you for, among other things, tortious interference with its contractual relationships and defamation.

You must also stop contacting the Company's employees. If you wish to communicate with the Company about your purported legal claims, please direct your communications to me. You previously agreed to do so, only to send another volley of emails a few hours later and have begun barrage Company employees by text. These messages have crossed into harassment and

WILMERHALE



are counterproductive to your stated desire to encourage Mr. Beast to help you honor Mr. Coly's legacy.

All rights are reserved.

Sincerely,

John J. Butts